JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Malka L. Fishman, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Subway Franchisee Advertising Fund Trust, LTD., d/b/a Subway,<br><br>Defendant. | CASE 2:19-CV-02444-ODW(AS)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Based upon the Parties' Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause, this Court hereby orders this action to be, and is, dismissed in its entirety with prejudice as to Plaintiff Malka L. Fishman's individual claims and without prejudice as to the claims of the putative class members. Each party is to bear her / its own attorneys' fees and costs.

Additionally, the Court retains jurisdiction for the purposes of enforcing the parties' confidential settlement agreement.

**IT IS SO ORDERED.**

Dated: July 7, 2020

_____
HON. OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER